**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| Charles Cravatta           ) | | |
|     Plaintiff,            ) | | Case No: 3:12 cv 50306 |
|                            ) | | |
| v.                          ) | | |
|                            ) | | Magistrate Judge: Iain D. Johnston |
| Officer Ed Lopez, et al.    ) | | |
|     Defendants.            ) | | |

**REPORT AND RECOMMENDATION**

    Before the Court is defendants' motion for leave to amend their trial witness list [206]. Plaintiff no longer objects to the motion [212]. Accordingly, it is this Court's Report and Recommendation that defendants' motion [206] be granted. Any objection must be filed with the district judge by 4/21/2017. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

Date: April 7, 2017                          /s/ Iain D. Johnston
                                                    U.S. Magistrate Judge