# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Charles Cravatta, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No: 12 C 50306 |
| | ) | |
| Officer Ed Lopez, et al., | ) | |
| | ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") [213] from the magistrate judge that defendants' motion for leave to amend their trial witness list [206] be granted. Any objection to the R&R was to be filed by April 21, 2017, and no objection has been received. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985). Having reviewed the R&R and finding no error, the court adopts the R&R in full and grants defendants' motion for leave to amend their trial witness list [206].

Date: 4/26/2017                                  ENTER:

_____
FREDERICK J. KAPALA

District Judge